# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 5, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147752(73)

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
       Plaintiff-Appellee,

v

                                   SC: 147752
                                   COA: 306844
                                   Shiawassee CC: 07-005893-CK

MICHIGAN MUNICIPAL RISK
MANAGEMENT AUTHORITY, INC.,
       Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's April 11, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 5, 2014

Clerk

d0825